# Exhibit B

| STATE OF SOUTH DAKOTA ) | IN CIRCUIT COURT |
|---|---|
| :SS | |
| COUNTY OF MINNEHAHA    ) | SECOND JUDICIAL CIRCUIT |

| | |
|---|---|
| ALLEN AND JENNIFER PICKARD, | CIV. 18- |
| Plaintiff, | |
| vs. | COMPLAINT |
| VOLKSWAGEN GROUP OF AMERICA INC., | |
| Defendant. | |

The Plaintiffs, Allen and Jennifer Pickard (hereinafter "Plaintiffs"), on behalf of themselves and others similarly situated, and for their Complaint against the above-named Defendant, do hereby state and allege as follows:

## PARTIES

1. Plaintiffs are residents of Brookings County, South Dakota

2. Defendant is a corporation engaged in South Dakota and other states in the manufacture, distribution, and sale of Volkswagen motor vehicles and is a "merchant" as defined in SDCL § 57A-2-104(1).

## JURISDICTION AND VENUE

3. This Honorable Court had jurisdiction over this action pursuant to S.D. Const. Art. V § 5 and SDCL § 16-6-9.

4. Venue is proper within the indicated judicial circuit under SDCL §§ 15-5-6, 8.

5. Pursuant to SDCL § 15-6-23, Plaintiffs bring this class action on behalf of themselves and all persons owning a Volkswagen—eligible to participate in the 2.0-Liter

1

Settlement Claims Program—who live in an area where the climate has rendered the .

6.  This action may be properly maintained as a class action under SDCL § 15-6-23(a) in that:

   a. The members of the class are so numerous that their individual joinder in a single action is impracticable. Although the number of class members cannot be properly determined without further discovery, Plaintiffs are informed and believe, and on that basis allege, that the class has over 100 members and that the members' identities can be ascertained from the Defendants' records.
   b. The central questions of law and fact involved in this actions are common or general interest to the class. Common legal and factual issue predominate over any questions affecting only individual members of the class.
   c. The claims of the named representative Plaintiffs are typical of the claims of other members of the class. The named Plaintiffs share the same interests as other members of the class in this action because, like other class members, they have each suffered a financial loss of thousands of dollars due to the Defendants' actions and inaction complained of herein. Given the significance of their losses, they have the incentive, and are committed, to vigorously prosecute this action. They have retained competent and experienced counsel, who specialize in litigation, to represent themselves and the propose class.
   d. The named representative Plaintiff will fairly and adequately protect the interests of the class. The named Plaintiffs own two Volkswagen Passats eligible for the 2.0-Liter Settlement Claims Program and suffered damage as a result of the Defendants' actions and inaction complained of herein.
   e. Class action treatment is superior to alternatives, if any, for the fair and efficient adjudication of this controversy because it permits a large number of injured Volkswagen owners to prosecute their common claims in a single forum simultaneously, efficiently, and without unnecessary duplication of effort. Were each individual member required to bring a separate lawsuit, the resulting multiplicity of proceedings would cause undue hardship and expense for the litigants and the Court. The prosecution of separate actions would also create the risk of inconsistent rulings, which may be dispositive of the interest of class members who are not parties to the adjudication or may substantially impede class members' ability to protect their interests, and therefore would be contrary to the interest of justice and equity.

## FACTUAL ALLEGATIONS

7.  On April 13, 2016, Plaintiffs purchased a 2012 Volkswagen Passat, Serial No. 1VWBN7A34CC066028 ("Car 1"), manufactured, distributed, and sold by Defendant.

8.  On February 26, 2016, Plaintiffs purchased a 2013 Volkswagen Passat, Serial No.

2

1VWBN7A38DC145526 ("Car 2"), manufactured, distributed, and sold by Defendant.

9. On December 9, 2016, Volkswagen sent an offer to receive compensation in the "2.0-Liter Settlement Claims Program," which made Car 1 eligible for participation. A copy of such an offer is attached hereto as Exhibit A.

10. On December 21, 2016, Volkswagen sent an offer to receive compensation in the "2.0-Liter Settlement Claims Program," which made Car 2 eligible for participation. A copy of such an offer is attached hereto as Exhibit B.

11. On December 29, 2016, Plaintiffs accepted the "Emissions Modification Offer" for Car 1. A copy of such an acceptance is attached hereto as Exhibit C.

12. On August 20, 2017, Plaintiffs accepted the "Emissions Modification Offer" for Car 2. A copy of such an acceptance is attached hereto as Exhibit D.

13. Car 1 and Car 2 has been in the custody of an authorized Volkswagen mechanic for months because the emission modification, pursuant to the Volkswagen agreement, has caused both vehicles to not start.

14. Despite numerous attempts, no authorized Volkswagen mechanic has been able to correct the defects despite Defendant's warranty and settlement contract.

15. Plaintiffs attempted to trade in car 2 but were told that the value of the car was $0 because it has to be fixed first.

## COUNT I

*Breach of Implied Warranty of Merchantability*

16. Plaintiffs hereby reallege the above paragraphs of this complaint and incorporate them as fully set forth herein.

17. As a proximate result of the foregoing, Plaintiffs have incurred damage and

detriment in the form of substantial impairment of value, loss of use, and loss of market value and other incidental and consequential damages, all in amounts not yet fully determinable. When the amount of such damages are determined, Plaintiffs will amend this Complaint or will amend according to proof at trial.

18. In addition to the foregoing damages, plaintiffs are entitled to attorney's fees and expenses pursuant to 15 U.S.C. § 2310(d)(2).

## COUNT II

*Breach of Contract*

19. Plaintiffs hereby reallege the above paragraphs of this complaint and incorporate them as fully set forth herein.

20. Plaintiffs have properly revoked acceptance in conformity with the requirements of SDCL § 57A-2-608.

21. As a proximate result of the foregoing, Plaintiffs have incurred damage and detriment in the form of substantial impairment of value, loss of use, and loss of market value and other incidental and consequential damages, all in amounts not yet fully determinable. When the amount of such damages are determined, Plaintiffs will amend this Complaint or will amend according to proof at trial.

WHEREFORE, Plaintiff prays for the following relief:

1. To certify a class as set forth in Paragraphs 5 and 6 above;

2. For an award to Plaintiffs and all class members of compensatory, general, and specials damages in an amount which may be proven at trial, together with prejudgment interest at the maximum rate allowed by law arising from Volkswagen's breach of the Emissions Modification Offer;

3. In the alternative, a mandatory injunction requiring Volkwagen to specifically perform the terms of the Emissions Modification Offer.

4. For reasonable attorney's fees, costs, and disbursements herein; and

5. For such other and further relief as the Court deems appropriate in the circumstances.

PLAINTIFFS DEMAND TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

Dated this 18th day of July, 2018.

Cadwell Sanford Deibert & Garry, LLP

/s/ Joseph Meader

Shawn M. Nichols
Joseph A. Meader
200 E. 10th Street, Ste. 200
Sioux Falls, South Dakota 57104
Telephone: (605) 336-0828
Telecopier: (605) 336-6036
Email: snichols@cadlaw.com
       jmeader@cadlaw.com
Attorneys for Plaintiff

# VOLKSWAGEN
GROUP OF AMERICA

December 9, 2016

ALLEN ROY PICKARD
47104 201ST ST
BROOKINGS, SD 57006

Volkswagen Group of America
3800 Hamlin Rd
Auburn Hills, MI 48326
Telephone 1-844-982-5246
Fax 1-248-754-6602

RE:   2012 Passat Sedan 4D SE TDI
VIN:  1VWBN7A34CC066028
Claim: 161643683

Dear ALLEN ROY PICKARD:

Based on the information you have provided, you are **eligible** to participate in the 2.0-Liter Settlement Claims Program. This letter is your formal offer of settlement benefits. As detailed below, this letter is only an offer; to receive settlement compensation you must first accept the offer by signing below, signing a notarized release, and sending them both to Volkswagen Group of America, Inc.

You have indicated preliminary interest in receiving an **approved emissions modification** and receiving the **restitution payment**, which is calculated using two components: 1) a percentage of the September 2015 NADA Used Car Guide Clean Trade value, or a percentage of MSRP for 2015 Model Year vehicles, with adjustments for mileage and manufacturer-installed options; and 2) a flat dollar amount. Vehicles receiving an approved emissions modification will also receive disclosures about the effects of the modification on performance and durability, an extended emissions warranty, and a Lemon Law-type remedy to protect against the possibility of the modification causing subsequent problems.

> **SELECTED OPTION (Preliminary) – APPROVED EMISSIONS MODIFICATION.** Under the approved emissions modification option, a licensed Volkswagen or Audi Dealer of your choosing will perform an approved emissions modification on your vehicle, free of charge, and you will also receive an extended emissions warranty covering the emissions system of the vehicle. In addition, you will receive a restitution payment in the amount set forth below:
>
> **$4,490.55 Amount VW Will Pay You**
>
> If your vehicle is a Model Year 2015 Eligible Vehicle, the approved emissions modification will be completed in two steps. Upon completion of the first stage of the approved emissions modification, you will receive 2/3 of the payment amount shown above. Upon completion of the second stage of the approved emissions modification, you will receive the last 1/3 of the payment amount shown above. If you sell or otherwise transfer ownership of your vehicle before the second stage of the approved emissions modification can be completed, you will not be eligible to receive the last 1/3 of the payment, but the new owner will be able to complete the second stage of the approved emissions modification and receive the last 1/3 of the payment.
>
> The offer amount reflected above is based, in part, on the purchase date that you entered into the Online Claims Portal, which is after September 18, 2015. If you believe this is incorrect, please contact us at 1 844-98-CLAIM.



VWGoA - 4 / 3242689

Page 1 of 7



# VOLKSWAGEN
GROUP OF AMERICA

Please note that the total payment may change based on updated mileage at the time of your approved emissions modification appointment. Continuing to drive your car an average of 12,500 miles per year (around 1,000 miles per month) or fewer will not reduce your compensation under the Class Action Settlement. Driving your car more than an average of 12,500 miles per year might reduce your compensation.

If you choose to receive the approved emissions modification, we will inform you when the modification has been approved through the Online Claims Portal, email and/or U.S. mail, depending on your stated preference, which may not be until May 1, 2018. Once you have been notified, you may schedule an appointment for your vehicle to receive the approved emissions modification via the Online Claims Portal through www.VWCourtSettlement.com or by contacting your preferred Volkswagen or Audi Dealer directly.

**Accepting the Offer:** You may accept the approved emissions modification offer by signing this letter on the last page and signing and notarizing the enclosed release form. You must then return both the signed letter and the notarized release by uploading a copy to the Online Claims Portal that can be accessed through www.VWCourtSettlement.com, faxing a copy to 248-754-6602 or mailing a copy to VW / Audi Emissions Settlement Claims Processing, P.O. Box 214500, Auburn Hills, MI 48321. **You must send both this letter and the enclosed notarized release before your acceptance is considered complete. The release only becomes effective and binding after you receive a benefit under the Class Action Agreement.**

**Scheduling an Appointment:** After we receive your fully executed acceptance of this offer along with the signed and notarized release, we will notify you by email and/or by U.S. mail (depending on your indicated preference) that we have received your documents. Once you have been notified, you do not have to take any next steps until the EPA/CARB approve an emissions modification for your vehicle. If the EPA/CARB approve an emissions modification for your vehicle, we will notify you and then you may schedule an appointment for your approved emissions modification using the Online Claims Portal that can be accessed through www.VWCourtSettlement.com or by contacting your preferred Volkswagen or Audi Dealer directly. If your vehicle is a Volkswagen, you will be able to select from any Volkswagen Dealer or authorized repair facility. If your vehicle is an Audi, you will be able to select from any Audi Dealer or authorized repair facility. You also will be able to complete the approved emissions modification within 90 days of your acceptance of this offer and scheduling an appointment. You should bring your vehicle to the selected Volkswagen or Audi Dealer at the appointed time. If your approved emissions modification is expected to take longer than three (3) hours to complete, you will be offered a loaner vehicle free of charge.

If the emissions modification is not approved by May 1, 2018 and you still own your vehicle, then you will have an opportunity to change your selection to a buyback or you may withdraw from the class action settlement completely. If you sell your vehicle before an approved emissions modification becomes available, you are bound by the Class Action Settlement but are not eligible for settlement benefits.

**Payment Method:** You may receive your restitution payment via electronic fund transfer or by check. Please visit the Online Claims Portal via www.VWCourtSettlement.com or call 1-844-98-CLAIM to provide information on your preferred payment method or to change your payment preference. Funds will be made payable to the addressee of this letter only. If there are multiple owners of this vehicle and they are not both listed on page 1 of this letter, please contact us at 1-844-98-CLAIM.



# VOLKSWAGEN
GROUP OF AMERICA

***

<u>ALTERNATE OFFER: You may change your selected remedy at any time before the approved emissions modification is complete</u>. If you decide to change your selected remedy, you will need to submit additional documentation to verify your eligibility. Once your eligibility is confirmed, you may return your vehicle and accept the buyback payment. The total buyback offer includes two components: 1) your vehicle return amount derived from the September 2015 NADA Used Car Guide Clean Trade value, or a percentage of MSRP for 2015 Model Year vehicles, with adjustments for mileage and manufacturer-installed options; plus 2) additional restitution, which is the sum of a set percentage of the vehicle return amount and a flat dollar amount.

Please note that the total payment may change based on your mileage and the outstanding balance on your loan at the time of your buyback appointment. Continuing to drive your car an average of 12,500 miles per year (around 1,000 miles per month) or fewer will not reduce your compensation under the Class Action Settlement. Driving your car more than an average of 12,500 miles per year might reduce your compensation. You should continue to make any payments on your loan during this period. Volkswagen will not be responsible for any late payments or penalties associated with failure to make loan payments.

If you select the buyback option, you agree to surrender the vehicle to Volkswagen and to sign the necessary paperwork to provide Volkswagen Group of America, Inc. with a clear certificate of title at the time of your appointment. You, and each listed title holder, must present a government issued ID at the time of your appointment. If each title holder cannot be present at the appointment, you must present a notarized power of attorney for each title holder as well as a copy of a government issued ID for each title holder. If you have an outstanding loan on your vehicle and it is determined that your buyback amount, including loan forgiveness, will not be sufficient to cover the balance of your loan, you will also need to bring a certified check, made out to Volkswagen Group of America, Inc. for the balance of your loan less your total buyback payment.

**Changing Your Selected Remedy:** If you would like to change the option you have preliminarily selected to the buyback option, please call 1-844-98-CLAIM for further information about the additional documents needed to confirm your eligibility. You may also indicate that you are now choosing the buyback option at the end of this letter just above your signature line and someone will contact you about your new selection.

***

**Loan Payments:** Regardless of which option you choose, please note that you are expected to continue to make your loan payments until you accept your offer, schedule an appointment, and complete your remedy. Deficient payments and associated fees incurred after June 28, 2016 are <u>not</u> part of the loan forgiveness portion of the Settlements.

**For any questions or to learn more about the approved emissions modification option or the buyback option, including how vehicle mileage and loan obligations will impact your payment amount if you select the buyback option, please visit www.VWCourtSettlement.com or call 1-844-98-CLAIM.**



# VOLKSWAGEN
### GROUP OF AMERICA

December 21, 2016

*Call from mail Contern* *Chase Payment*

ALLEN ROY PICKARD
47104 201ST ST
BROOKINGS, SD 57006

Volkswagen Group of America
3800 Hamlin Rd
Auburn Hills, MI 48326
Telephone 1-844-982-5246
Fax 1-248-754-6602

RE:     2013 Passat Sedan 4D SE TDI I4
VIN:    1VWBN7A38DC145526
Claim:  161642893

Dear ALLEN ROY PICKARD:

Based on the information you have provided, you are **eligible** to participate in the 2.0-Liter Settlement Claims Program. This letter is your formal offer of settlement benefits. As detailed below, this letter is only an offer; to receive settlement compensation you must first accept the offer by signing below, signing a notarized release, and sending them both to Volkswagen Group of America, Inc.

You have indicated preliminary interest in receiving an **approved emissions modification** and receiving the **restitution payment**, which is calculated using two components: 1) a percentage of the September 2015 NADA Used Car Guide Clean Trade value, or a percentage of MSRP for 2015 Model Year vehicles, with adjustments for mileage and manufacturer-installed options; and 2) a flat dollar amount. Vehicles receiving an approved emissions modification will also receive disclosures about the effects of the modification on performance and durability, an extended emissions warranty, and a Lemon Law-type remedy to protect against the possibility of the modification causing subsequent problems.

> **SELECTED OPTION (Preliminary) – APPROVED EMISSIONS MODIFICATION.** Under the approved emissions modification option, a licensed Volkswagen or Audi Dealer of your choosing will perform an approved emissions modification on your vehicle, free of charge, and you will also receive an extended emissions warranty covering the emissions system of the vehicle. In addition, you will receive a restitution payment in the amount set forth below:
>
> **$4,881.25 ESTIMATED Amount VW Will Pay You\*\***
>
> If your vehicle is a Model Year 2015 Eligible Vehicle, the approved emissions modification will be completed in two stages. Upon completion of the first stage of the approved emissions modification, you will receive 2/3 of the payment amount shown above. Upon completion of the second stage of the approved emissions modification, you will receive the last 1/3 of the payment amount shown above. If you sell or otherwise transfer ownership of your vehicle before the second stage of the approved emissions modification can be completed, you will not be eligible to receive the last 1/3 of the payment, but the new owner will be able to complete the second stage of the approved emissions modification and receive the last 1/3 of the payment.
>
> The offer amount reflected above is based, in part, on the purchase date that you entered into the Online Claims Portal, which is after September 18, 2015. If you believe this is incorrect, please contact us at 1 844-98-CLAIM.

VWGoA - 4 / 3431811



**EXHIBIT B**
Page 1 of 7



# VOLKSWAGEN
### GROUP OF AMERICA

**\*\* Please note that the actual payment amount at your closing appointment may differ from the above amount.** The above offer is based on the information that you entered in the beginning of the claims process for your mileage, estimated monthly mileage, and estimated vehicle return date. The total payment may change based on the actual mileage at the time of your approved emissions modification appointment, which may be different from the mileage, estimated monthly mileage, and estimated vehicle return date that you entered in your claim. **Payment Adjustment Based Upon Mileage:** Continuing to drive your car an average of 12,500 miles per year (around 1,000 miles per month) or fewer will not reduce your compensation under the Class Action Settlement. Driving your car more than an average of 12,500 miles per year might reduce your compensation.

If you choose to receive the approved emissions modification, we will inform you when the modification has been approved through the Online Claims Portal, email and/or U.S. mail, depending on your stated preference, which may not be until May 1, 2018. Once you have been notified, you may schedule an appointment for your vehicle to receive the approved emissions modification via the Online Claims Portal through www.VWCourtSettlement.com or by contacting your preferred Volkswagen or Audi Dealer directly.

**Accepting the Offer:** You may accept the approved emissions modification offer by signing this letter on the last page and signing and notarizing the enclosed release form. You must then return both the signed letter and the notarized release by uploading a copy to the Online Claims Portal that can be accessed through www.VWCourtSettlement.com, faxing a copy to 248-754-6602 or mailing a copy to VW / Audi Emissions Settlement Claims Processing, P.O. Box 214500, Auburn Hills, MI 48321. **You must send both this letter and the enclosed notarized release before your acceptance is considered complete. The release only becomes effective and binding after you receive a benefit under the Class Action Agreement.**

**Scheduling an Appointment:** After we receive your fully executed acceptance of this offer along with the signed and notarized release, we will notify you by email and/or by U.S. mail (depending on your indicated preference) that we have received your documents. Once you have been notified, you do not have to take any next steps until the EPA/CARB approve an emissions modification for your vehicle. If the EPA/CARB approve an emissions modification for your vehicle, we will notify you and then you may schedule an appointment for your approved emissions modification using the Online Claims Portal that can be accessed through www.VWCourtSettlement.com or by contacting your preferred Volkswagen or Audi Dealer directly. If your vehicle is a Volkswagen, you will be able to select from any Volkswagen Dealer or authorized repair facility. If your vehicle is an Audi, you will be able to select from any Audi Dealer or authorized repair facility. You also will be able to complete the approved emissions modification within 90 days of your acceptance of this offer and scheduling an appointment. You should bring your vehicle to the selected Volkswagen or Audi Dealer at the appointed time. If your approved emissions modification is expected to take longer than three (3) hours to complete, you will be offered a loaner vehicle free of charge.

If the emissions modification is not approved by May 1, 2018 and you still own your vehicle, then you will have an opportunity to change your selection to a buyback or you may withdraw from the Class Action Settlement completely. If you sell your vehicle before an approved emissions modification becomes available, you are bound by the Class Action Settlement but are not eligible for settlement benefits.

**Payment Method:** You may receive your restitution payment via electronic fund transfer or by check. Please visit the Online Claims Portal via www.VWCourtSettlement.com or call 1-844-98-CLAIM to provide information on your preferred payment method or to change your payment preference. Funds will be made payable to the addressee of this letter only. If there are multiple owners of this vehicle and they are not both listed on page 1 of this letter, please contact us at 1-844-98-CLAIM.



# VOLKSWAGEN
GROUP OF AMERICA

\*\*\*

<u>ALTERNATE OFFER: You may change your selected remedy at any time before the approved emissions modification is complete.</u> If you decide to change your selected remedy, you will need to submit additional documentation to verify your eligibility. Once your eligibility is confirmed, you may return your vehicle and accept the buyback payment. The total buyback offer includes two components: 1) your vehicle return amount derived from the September 2015 NADA Used Car Guide Clean Trade value, or a percentage of MSRP for 2015 Model Year vehicles, with adjustments for mileage and manufacturer-installed options; plus 2) additional restitution, which is the sum of a set percentage of the vehicle return amount and a flat dollar amount.

Please note that the total payment may change based on your mileage and the outstanding balance on your loan at the time of your buyback appointment. Continuing to drive your car an average of 12,500 miles per year (around 1,000 miles per month) or fewer will not reduce your compensation under the Class Action Settlement. Driving your car more than an average of 12,500 miles per year might reduce your compensation.

If you select the buyback option, you agree to surrender the vehicle to Volkswagen and to sign the necessary paperwork to provide Volkswagen Group of America, Inc. with a clear certificate of title at the time of your appointment. You, and each listed title holder, must present a government issued ID at the time of your appointment. If each title holder cannot be present at the appointment, you must present a notarized power of attorney for each title holder as well as a copy of a government issued ID for each title holder. If you have an outstanding loan on your vehicle and it is determined that your buyback amount, including loan forgiveness, will not be sufficient to cover the balance of your loan, you will also need to bring a certified check, made out to Volkswagen Group of America, Inc. for the balance of your loan less your total buyback payment.

**Changing Your Selected Remedy:** If you would like to change the option you have preliminarily selected to the buyback option, please call 1-844-98-CLAIM for further information about the additional documents needed to confirm your eligibility. You may also indicate that you are now choosing the buyback option at the end of this letter just above your signature line and someone will contact you about your new selection.

\*\*\*

**Loan Payments:** Regardless of which option you choose, please note that you are expected to continue to make your loan payments until you accept your offer, schedule an appointment, and complete your remedy. Deficient payments and associated fees incurred after June 28, 2016 are <u>not</u> part of the loan forgiveness portion of the Settlements. Volkswagen will not be responsible for any late payments or penalties associated with failure to make loan payments.

**For any questions or to learn more about the approved emissions modification option or the buyback option, including how vehicle mileage and loan obligations will impact your payment amount if you select the buyback option, please visit www.VWCourtSettlement.com or call 1-844-98-CLAIM.**



# VOLKSWAGEN
GROUP OF AMERICA

***

This Agreement may be supplemented, amended, or modified only by the mutual agreement of the parties. No supplement, amendment, or modification of this Agreement shall be binding unless it is in writing and signed by all parties.

I agree to and accept (check only one):

☒ Emissions Modification Offer

I would like to change my selection, which I understand is subject to submitting additional documentation to confirm my eligibility:

☐ Buyback Offer

I agree to the terms and conditions outlined in this letter agreement. By signing below, I further certify that I have the full authority to accept this offer and execute the emissions modification transaction in exchange for the settlement benefits. In the event that the settlement benefits are distributed to me and it is later determined that I did not have the complete authority to claim and/or receive the settlement benefits, I agree to hold Volkswagen Group of America, Inc., the Claims Administrator, Ankura Consulting Group, and Settlement Class Counsel harmless with respect to any claims relating to my receipt of the settlement benefits. This paragraph only becomes effective and binding after I receive benefits under the Class Action Agreement.

_____  
Claimant Signature

12-29-16  
Date

_____  
Co-Claimant Signature, if applicable

_____  
Date

Please note: To accept this offer, you must also complete, sign, date and notarize the enclosed release form. If you are changing your selection to the Buyback Offer, you do not need to enclose the notarized release until you receive and accept your revised offer.

VWGoA - 4 / 3242689    EXHIBIT C
Page 4 of

## INDIVIDUAL RELEASE OF CLAIMS

*In re Volkswagen "Clean Diesel" Marketing,
Sales Practices, and Products Liability Litigation,
MDL No. 15-2672 (N.D. Cal.)*

## MUST BE COMPLETED BY CLAIMANT PRIOR TO RECEIVING BUYBACK, LEASE TERMINATION AND/OR RESTITUTION PAYMENT

1. In exchange for benefits that (i) the Claims Administrator has determined I am eligible to receive under the class action settlement agreement in this case (the "Class Action Agreement") and (ii) Volkswagen has agreed to provide to me, the sufficiency of which I hereby acknowledge, I, on behalf of myself and my agents, heirs, executors, administrators, successors, assigns, insurers, attorneys, representatives, shareholders, owners associations, and any other legal or natural persons who may claim by, through or under me, hereby fully, finally, irrevocably, and forever release, waive, discharge, relinquish, settle, and acquit any and all claims, demands, actions, or causes of action, whether known or unknown, that I may have, purport to have, or may hereafter have against any Released Party arising out of or in any way related to the 2.0-liter TDI Matter, except for claims of personal injury or wrongful death. This Individual Release is effective and binding when I receive a benefit under the Class Action Agreement.

2. This Individual Release incorporates by reference the release and associated provisions set forth in Section 9 of the Class Action Agreement as if set forth fully herein, and, as to those provisions, shall have the same scope and effect as the Class Action Agreement. This Individual Release supplements the release and associated provisions set forth in Section 9 of the Class Action Agreement. It does not supersede them.

3. I expressly understand and acknowledge that this Individual Release applies to claims of which I am not presently aware. I expressly understand and acknowledge Section 1542 of the California Civil Code, which provides: "**A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.**" I acknowledge that I am aware of the contents and effect of Section 1542 and have considered the possibility that the number or magnitude of all claims may not currently be known. To ensure that this Individual Release is interpreted fully in accordance with its terms, I expressly waive and relinquish any and all rights and benefits that I may have under Section 1542 to the extent that such section may be applicable to the Individual Release and likewise expressly waive and relinquish any rights or benefits of any law of any state or territory of the United States, federal law or principle of common law, or of international or foreign law, which is similar, comparable, analogous, or equivalent to Section 1542 of the California Code to the extent that such laws or principles may be applicable to the Individual Release.

---

[1] The terms "2.0-liter TDI Matter," "Claims Administrator," "Final Approval Order," "Action," and "Released Party" have the meanings given to them in Sections 2 and 9 of the Class Action Agreement.

[2] A copy of the Class Action Agreement is available at www.VWCourtSettlement.com.

4. **For the avoidance of doubt, I expressly understand and acknowledge that I may hereafter discover claims presently unknown or unsuspected, or facts in addition to or different from those that I now know or believe to be true, related to the 2.0-liter TDI Matter, the Action and/or the Individual Release herein. Nevertheless, it my intention in executing this Individual Release to fully, finally, irrevocably, and forever release, waive, discharge, relinquish, settle, and acquit all such matters, and all claims relating thereto which exist, hereafter may exist, or might have existed (whether or not previously or currently asserted in any action or proceeding) with respect to the 2.0-liter TDI Matter in accordance with the terms of the Class Action Agreement.** This includes, without limitation, any claims I have or may have with respect to the 2.0-liter TDI Matter under the Trade Regulation Rule Concerning the Preservation of Consumers' Claims and Defenses 16 C.F.R. §433.2 (the "Holder Rule").



5. The Individual Release shall remain effective regardless of any judicial, quasi-judicial, arbitral, administrative, regulatory, or other decision relating to the liability of any Released Party in connection with the 2.0-liter TDI Matter. For the avoidance of doubt, this Individual Release shall remain effective even if the Final Approval Order is reversed and/or vacated on appeal, or if the Class Action Agreement is abrogated or otherwise voided in whole or in part.

6. This Release is not intended to and expressly does not release Robert Bosch GmbH or Robert Bosch, LLC and any of their former, present, and future owners, shareholders, directors, officers, employees, attorneys, affiliates, parent companies, subsidiaries, predecessors, and successors (the "Bosch Entities"). If I elect to pursue a claim against any Bosch Entity related to the 2.0-liter TDI Matter (either individually or as a member of a class) and obtain a final, non-appealable adversary judgment against that Bosch Entity for damages as to which any Bosch Entity seeks indemnification from one or more of the Released Parties, I will waive enforcement of my judgment against that Bosch Entity by the amount of the damages that such Released Parties are held to be responsible for by way of indemnification of any Bosch Entity, but not more than the Restitution Payment amount that I receive from all Released Parties. However, I shall have no obligation to reduce my judgment against any Bosch Entity unless and until any Bosch Entity has obtained—in the face of a vigorously litigated defense—a final, non-appealable adversary judgment for indemnification against one or more of the Released Parties based on such party's legal obligation to indemnify any Bosch Entity that existed prior to September 18, 2015. In the event that any Bosch Entity obtains such a judgment against a Released Party after I have recovered on a judgment against that Bosch Entity, I will return to the Bosch Entity the amount of the judgment against it by which I agree herein to have reduced that judgment, which amount will not exceed the Restitution Payment amount that I receive from all Released Parties. In addition, I agree not to enter into any agreement to settle any claim I may have against any Bosch Entity unless such agreement expressly provides that the Released Parties shall be released from any claim for indemnification by a Bosch Entity against any Released Party that relates to my claim against the Bosch Entity.

7. This Individual Release, and any dispute arising out of or related to this Individual Release, shall be governed by and interpreted according to the Federal Rules of Civil Procedure and applicable jurisprudence relating thereto, and the laws of the State of California notwithstanding its conflict of law provisions. This Individual Release will be binding upon my successors, transferees, and assigns.

8. Any disagreement concerning and/or action to enforce this Individual Release shall be commenced and maintained only in the United States District Court for the Northern District of California.

9. I represent and warrant that I have carefully read and understand this Individual Release and that I execute it freely, voluntarily, and without being pressured or influenced by, or relying on, any statement or representation made by any person or entity acting on behalf of any Released Party. I certify that I understand that I have the right to consult with an attorney of my choice before signing this Individual Release.

10. I represent and warrant that I have authority to execute this Individual Release and that I am the sole and exclusive owner of all claims that I am releasing pursuant to this Individual Release. I acknowledge that I have not assigned, pledged, or in any manner whatsoever, sold, transferred, assigned or encumbered any right, title, interest or claim arising out of or in any way whatsoever pertaining to the 2.0-liter TDI Matter.

### ***SIGNATURE PAGE FOLLOWS***



I acknowledge that I have read and understood this Release and that I have freely executed it by signing below.

| | | |
|---|---|---|
| 12-9-16 | Allen Pickard | [signature] |
| *Date* | *Printed Name* | *Signature* |

WITNESS:

State of South Dakota )
                          ) SS
County of Brookings )

I, Gene Bjorklund, a Notary Public in and for said County in the State aforesaid, do hereby certify that Allen Pickard, who is personally known to me and the same person whose name is subscribed to the foregoing instrument appeared before me this day in person and acknowledged that they signed, sealed, and delivered the same instrument as their free and voluntary act for the uses and purposes therein set forth.

My seal: [Notary Seal - State of South Dakota]

[signature]
NOTARY PUBLIC Com exp: 8-21-19

| | | |
|---|---|---|
| *Date* | *Co-Registrant Printed Name* | *Co-Registrant Signature* |

WITNESS:

State of _____ )
                          ) SS
County of _____ )

I, _____, a Notary Public in and for said County in the State aforesaid, do hereby certify that _____, who is personally known to me and the same person whose name is subscribed to the foregoing instrument appeared before me this day in person and acknowledged that they signed, sealed, and delivered the same instrument as their free and voluntary act for the uses and purposes therein set forth.

My seal:

NOTARY PUBLIC



# VOLKSWAGEN
GROUP OF AMERICA

\*\*\*

This Agreement may be supplemented, amended, or modified only by the mutual agreement of the parties. No supplement, amendment, or modification of this Agreement shall be binding unless it is in writing and signed by all parties.

I agree to and accept (check only one):

☒ Emissions Modification Offer

I would like to change my selection, which I understand is subject to submitting additional documentation to confirm my eligibility:

☐ Buyback Offer

I agree to the terms and conditions outlined in this letter agreement. By signing below, I further certify that I have the full authority to accept this offer and execute the emissions modification transaction in exchange for the settlement benefits. In the event that the settlement benefits are distributed to me and it is later determined that I did not have the complete authority to claim and/or receive the settlement benefits, I agree to hold Volkswagen Group of America, Inc., the Claims Administrator, Ankura Consulting Group, and Settlement Class Counsel harmless with respect to any claims relating to my receipt of the settlement benefits. This paragraph only becomes effective and binding after I receive benefits under the Class Action Agreement.

_____  8-20-17
Claimant Signature                Date

_____  _____
Co-Claimant Signature, if applicable      Date

Please note: To accept this offer, you must also complete, sign, date and notarize the enclosed release form. If you are changing your selection to the Buyback Offer, you do not need to enclose the notarized release until you receive and accept your revised offer.



VWGoA - 4 / 3431811          Page 4 of 7          EXHIBIT D

## INDIVIDUAL RELEASE OF CLAIMS

*In re Volkswagen "Clean Diesel" Marketing,*
*Sales Practices, and Products Liability Litigation,*
MDL No. 15-2672 (N.D. Cal.)

## MUST BE COMPLETED BY CLAIMANT PRIOR TO RECEIVING BUYBACK, LEASE TERMINATION AND/OR RESTITUTION PAYMENT

1. In exchange for benefits that (i) the Claims Administrator has determined I am eligible to receive under the class action settlement agreement in this case (the "Class Action Agreement") and (ii) Volkswagen has agreed to provide to me, the sufficiency of which I hereby acknowledge, I, on behalf of myself and my agents, heirs, executors, administrators, successors, assigns, insurers, attorneys, representatives, shareholders, owners associations, and any other legal or natural persons who may claim by, through or under me, hereby fully, finally, irrevocably, and forever release, waive, discharge, relinquish, settle, and acquit any and all claims, demands, actions, or causes of action, whether known or unknown, that I may have, purport to have, or may hereafter have against any Released Party arising out of or in any way related to the 2.0-liter TDI Matter, except for claims of personal injury or wrongful death. This Individual Release is effective and binding when I receive a benefit under the Class Action Agreement.

2. This Individual Release incorporates by reference the release and associated provisions set forth in Section 9 of the Class Action Agreement as if set forth fully herein, and, as to those provisions, shall have the same scope and effect as the Class Action Agreement. This Individual Release supplements the release and associated provisions set forth in Section 9 of the Class Action Agreement. It does not supersede them.

3. I expressly understand and acknowledge that this Individual Release applies to claims of which I am not presently aware. I expressly understand and acknowledge Section 1542 of the California Civil Code, which provides: **"A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."** I acknowledge that I am aware of the contents and effect of Section 1542 and have considered the possibility that the number or magnitude of all claims may not currently be known. To ensure that this Individual Release is interpreted fully in accordance with its terms, I expressly waive and relinquish any and all rights and benefits that I may have under Section 1542 to the extent that such section may be applicable to the Individual Release and likewise expressly waive and relinquish any rights or benefits of any law of any state or territory of the United States, federal law or principle of common law, or of international or foreign law, which is similar, comparable, analogous, or equivalent to Section 1542 of the California Code to the extent that such laws or principles may be applicable to the Individual Release.

---

[1] The terms "2.0-liter TDI Matter," "Claims Administrator," "Final Approval Order," "Action," and "Released Party" have the meanings given to them in Sections 2 and 9 of the Class Action Agreement.

[2] A copy of the Class Action Agreement is available at www.VWCourtSettlement.com.

4. **For the avoidance of doubt, I expressly understand and acknowledge that I may hereafter discover claims presently unknown or unsuspected, or facts in addition to or different from those that I now know or believe to be true, related to the 2.0-liter TDI Matter, the Action and/or the Individual Release herein. Nevertheless, it my intention in executing this Individual Release to fully, finally, irrevocably, and forever release, waive, discharge, relinquish, settle, and acquit all such matters, and all claims relating thereto which exist, hereafter may exist, or might have existed (whether or not previously or currently asserted in any action or proceeding) with respect to the 2.0-liter TDI Matter in accordance with the terms of the Class Action Agreement.** This includes, without limitation, any claims I have or may have with respect to the 2.0-liter TDI Matter under the Trade Regulation Rule Concerning the Preservation of Consumers' Claims and Defenses 16 C.F.R. §433.2 (the "Holder Rule").



5. The Individual Release shall remain effective regardless of any judicial, quasi-judicial, arbitral, administrative, regulatory, or other decision relating to the liability of any Released Party in connection with the 2.0-liter TDI Matter. For the avoidance of doubt, this Individual Release shall remain effective even if the Final Approval Order is reversed and/or vacated on appeal, or if the Class Action Agreement is abrogated or otherwise voided in whole or in part.

6. This Release is not intended to and expressly does not release Robert Bosch GmbH or Robert Bosch, LLC and any of their former, present, and future owners, shareholders, directors, officers, employees, attorneys, affiliates, parent companies, subsidiaries, predecessors, and successors (the "Bosch Entities"). If I elect to pursue a claim against any Bosch Entity related to the 2.0-liter TDI Matter (either individually or as a member of a class) and obtain a final, non-appealable adversary judgment against that Bosch Entity for damages as to which any Bosch Entity seeks indemnification from one or more of the Released Parties, I will waive enforcement of my judgment against that Bosch Entity by the amount of the damages that such Released Parties are held to be responsible for by way of indemnification of any Bosch Entity, but not more than the Restitution Payment amount that I receive from all Released Parties. However, I shall have no obligation to reduce my judgment against any Bosch Entity unless and until any Bosch Entity has obtained—in the face of a vigorously litigated defense—a final, non-appealable adversary judgment for indemnification against one or more of the Released Parties based on such party's legal obligation to indemnify any Bosch Entity that existed prior to September 18, 2015. In the event that any Bosch Entity obtains such a judgment against a Released Party after I have recovered on a judgment against that Bosch Entity, I will return to the Bosch Entity the amount of the judgment against it by which I agree herein to have reduced that judgment, which amount will not exceed the Restitution Payment amount that I receive from all Released Parties. In addition, I agree not to enter into any agreement to settle any claim I may have against any Bosch Entity unless such agreement expressly provides that the Released Parties shall be released from any claim for indemnification by a Bosch Entity against any Released Party that relates to my claim against the Bosch Entity.

7. This Individual Release, and any dispute arising out of or related to this Individual Release, shall be governed by and interpreted according to the Federal Rules of Civil Procedure and applicable jurisprudence relating thereto, and the laws of the State of California notwithstanding its conflict of law provisions. This Individual Release will be binding upon my successors, transferees, and assigns.

8. Any disagreement concerning and/or action to enforce this Individual Release shall be commenced and maintained only in the United States District Court for the Northern District of California.

9. I represent and warrant that I have carefully read and understand this Individual Release and that I execute it freely, voluntarily, and without being pressured or influenced by, or relying on, any statement or representation made by any person or entity acting on behalf of any Released Party. I certify that I understand that I have the right to consult with an attorney of my choice before signing this Individual Release.

10. I represent and warrant that I have authority to execute this Individual Release and that I am the sole and exclusive owner of all claims that I am releasing pursuant to this Individual Release. I acknowledge that I have not assigned, pledged, or in any manner whatsoever, sold, transferred, assigned or encumbered any right, title, interest or claim arising out of or in any way whatsoever pertaining to the 2.0-liter TDI Matter.

***SIGNATURE PAGE FOLLOWS***



I acknowledge that I have read and understood this Release and that I have freely executed it by signing below.

8-20-17 | Allen Pickon | [signature]
--- | --- | ---
Date | Printed Name | Signature

WITNESS:

State of South Dakota )
                      ) SS
County of Brookings   )

I, James Pickurd, a Notary Public in and for said County in the State aforesaid, do hereby certify that Allen Pickurd, who is personally known to me and the same person whose name is subscribed to the foregoing instrument appeared before me this day in person and acknowledged that they signed, sealed, and delivered the same instrument as their free and voluntary act for the uses and purposes therein set forth.

My seal:

[signature]
NOTARY PUBLIC

_____ | _____ | _____
Date | Co-Registrant Printed Name | Co-Registrant Signature

WITNESS:

State of _____ )
                            ) SS
County of _____ )

I, _____, a Notary Public in and for said County in the State aforesaid, do hereby certify that _____, who is personally known to me and the same person whose name is subscribed to the foregoing instrument appeared before me this day in person and acknowledged that they signed, sealed, and delivered the same instrument as their free and voluntary act for the uses and purposes therein set forth.

My seal:

_____
NOTARY PUBLIC

